IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **THOMAS MERCK**, *individually and as representative for the Classes*, | CASE NO.   1:16-CV-02415 |
| **Plaintiff,** | JUDGE SOLOMON OLIVER, JR. |
| vs. | MOTION FOR ADMISSION PRO HAC VICE OF MICHAEL O'NEIL |
| **STERLING INFOSYSTEMS-OHIO, INC.,** | |
| **Defendant.** | |

Pursuant to Local Rule 83.5(h), the undersigned counsel for Defendants Sterling Infosystems-Ohio, Inc. and Sterling Infosystems, Inc. (collectively, the "Sterling Defendants"), who is admitted to practice in the United States District Court of the Northern District of Ohio, respectfully moves this Court to admit pro hac vice Michael O'Neil to practice before this Court in the above-captioned case on behalf of the Sterling Defendants and to have Mr. O'Neil admitted as an attorney of record for the Sterling Defendants on this Court's docket.  In support of this Motion, the undersigned asserts as follows:

1.     Mr. O'Neil is a principal at the law firm of Reed Smith, LLP.  His contact information is:

>Michael O'Neil
>Reed Smith LLP
>10 South Wacker Drive
>40th Floor
>Chicago, IL 60606
>T: 312.207.2879
>F: 312.207.6400
>Email: michael.oneil@reedsmith.com

10923740 _1 135771.0001

2.     Mr. O'Neil's highest state court admission is to the Supreme Court of Illinois on November 9, 1989 and his bar registration number is 6201736.

3.     As averred in the attached Certificate of Good Standing, Mr. O'Neil is in good standing with the Supreme Court of the State of Illinois (Exhibit 1).

4.     Mr. O'Neil has never been disbarred or suspended from practice by any court, department, bureau, or commission of any state or the United States, nor has he ever received reprimand from any such court, department, bureau, or commission pertaining to conduct or fitness as a member of the bar.

Respectfully submitted,

_____
DONALD S. SCHERZER (0022315)
dscherzer@ralaw.com
AMANDA M. KNAPP (0081948)
aknapp@ralaw.com
Roetzel & Andress, LPA
1375 East Ninth Street
One Cleveland Center, 10th Floor
Cleveland, OH  44114
Telephone:  216.623.0150

*Attorneys for Defendant Sterling Infosystems-Ohio, Inc. and Sterling Infosystems, Inc.*

10923740 _1 135771.0001

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the Motion for Admission Pro Hac Vice of Michael O'Neil has been served upon the following parties via the Court's electronic filing system this 4th day of October, 2016:

Matthew A. Dooley (0081482)
Stephen M. Bosak (0092443)
5455 Detroit Road
Sheffield Village, Ohio 44054
O'TOOLE McLAUGHLIN DOOLEY & PECORA, CO. LPA
Telephone: (440) 930-4001
Facsimile: (440) 934-7208
Email: mdooley@omdplaw.com
sbosak@omdplaw.com

 

Donald S. Scherzer (0022315)
*One of the Attorneys for Defendants Sterling Infosystems-Ohio, Inc. and Sterling Infosystems, Inc.*