IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **THOMAS MERCK**, *individually and as representative for the Classes*, <br><br>          **Plaintiff,** <br><br> vs. <br><br> **STERLING INFOSYSTEMS-OHIO, INC.,** <br><br>          **Defendant.** | CASE NO.   1:16-CV-02415 <br><br> JUDGE SOLOMON OLIVER, JR. <br><br> MOTION FOR ADMISSION PRO HAC VICE OF ALBERT HARTMANN |

Pursuant to Local Rule 83.5(h), the undersigned counsel for Defendants Sterling Infosystems-Ohio, Inc. and Sterling Infosystems, Inc. (collectively, the "Sterling Defendants"), who is admitted to practice in the United States District Court of the Northern District of Ohio, respectfully moves this Court to admit pro hac vice Albert Hartmann to practice before this Court in the above-captioned case on behalf of the Sterling Defendants and to have Mr. Hartmann admitted as an attorney of record for the Sterling Defendants on this Court's docket. In support of this Motion, the undersigned asserts as follows:

    1.    Mr. Hartmann is a principal at the law firm of Reed Smith, LLP.  His contact information is:

        Albert Hartmann
        Reed Smith LLP
        10 South Wacker Drive
        40th Floor
        Chicago, IL 60606
        T: 312.207.2821
        F: 312.207.6400
        Email: ahartmann@reedsmith.com

2. Mr. Hartmann's highest state court admission is to the Supreme Court of Illinois in October 1998 and his bar registration number is 6256064.

3. As averred in the attached Certificate of Good Standing, Mr. Hartmann is in good standing with the Supreme Court of the State of Illinois (Exhibit 1).

4. Mr. Hartmann has never been disbarred or suspended from practice by any court, department, bureau, or commission of any state or the United States, nor has he ever received reprimand from any such court, department, bureau, or commission pertaining to conduct or fitness as a member of the bar.

Respectfully submitted,

_____
DONALD S. SCHERZER (0022315)
dscherzer@ralaw.com
AMANDA M. KNAPP (0081948)
aknapp@ralaw.com
Roetzel & Andress, LPA
1375 East Ninth Street
One Cleveland Center, 10th Floor
Cleveland, OH  44114
Telephone:  216.623.0150

*Attorneys for Defendant Sterling Infosystems-Ohio, Inc. and Sterling Infosystems, Inc.*

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the Motion for Admission Pro Hac Vice of Albert Hartmann has been served upon the following parties via the Court's electronic filing system this 4th day of October, 2016:

Matthew A. Dooley (0081482)
Stephen M. Bosak (0092443)
5455 Detroit Road
Sheffield Village, Ohio 44054
O'TOOLE   McLAUGHLIN   DOOLEY   &   PECORA, CO. LPA
Telephone: (440) 930-4001
Facsimile: (440) 934-7208
Email: mdooley@omdplaw.com
sbosak@omdplaw.com

 

_____
Donald S. Scherzer (0022315)
*One of the Attorneys for Defendants Sterling Infosystems-Ohio, Inc. and Sterling Infosystems, Inc.*