UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
                                                      :
RALPH GAMBLES, individually and as a representative   :
of the classes,                                       :          15 Civ. 9746 (PAE)
                                                      :
                                Plaintiff,            :
                                                      :
                   -v-                                :
                                                      :
STERLING INFOSYSTEMS, INC.,                           :
                                                      :
                                Defendant.            :
                                                      :
------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

At today's conference, the Court issued a bench decision that resolved—and set out the

Court's reasoning for granting—plaintiffs' motions to approve the proposed class settlement, *see*

Dkt. 198, and for an award of attorneys' fees and costs and a class representative service award,

*see* Dkt. 189. The Clerk of Court is respectfully directed to terminate the motions pending at

dockets 189 and 198, and close this case.

        SO ORDERED.

                                                    *Paul A. Engelmayer*
                                                    _____
                                                    Paul A. Engelmayer
                                                    United States District Judge

Dated: September 22, 2020
       New York, New York